COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Norma David v. Virginia David

Appellate case number:    01-12-00495-CV

Trial court case number:  0770840

Trial court:              165th District Court of Harris County

The reporter's record filed in the above-referenced appeal is incomplete because only one of three volumes has been filed. On September 13, 2012, the Court notified the court reporter, Peggy Hershelman, that the complete reporter's record had not been received for filing and directed that the record be filed no later than September 24, 2012. *See* TEX. R. APP. P. 35.1, 37.3(a)(1). The court reporter did not respond.

It is **ORDERED** that court reporter Peggy Hershelman file in this Court **no later than 5:00 p.m., Friday, December 28, 2012** the complete reporter's record, with all requested exhibits. No motions for extension of time will be entertained absent extraordinary circumstances. **Failure to comply with this order may result in the issuance of a show cause order, notice, and service of citation against Peggy Hershelman, commanding her to appear before this Court to show cause why she should not be held in contempt.**

It is so **ORDERED**.


Judge's signature: /s/ Jane Bland
                   ☑ Acting individually    ☐ Acting for the Court


Date: December 17, 2012